UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIA JANSEN, IRYNA SOTNIKOVA,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:16-cv-04834 JST<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the Parties' stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice.

Dated: April 28, 2017

JON S. TIGAR
JUDGE, U.S. DISTRICT COURT